Amy SCHUELE; Douglas Schuele, individually and on behalf of all others similarly situated, Plaintiffs—Appellants,

v.

STRATIA GROUP, INCORPORATED; Greg Barrett, Defendants— Appellees,

and

Stratia Education, LLC; Daniel E. Haug; Capital Resource Group, Incorporated, Defendants.

No. 05–1274.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 4, 2005.

Decided: Nov. 29, 2005.

Mark E. Herman, Baltimore, Maryland, for Appellants.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amy Schuele and Douglas Schuele appeal the district court's orders dismissing their complaint without prejudice based on

failure to serve process and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Schuele v. Stratia Group, Inc.,* No. CA–04–2970–AMD (D.Md. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*